### ANTHONY v. LEWIS.

8   339
Case 1
170   539

ERROR to the *Delaware* Circuit Court.

Tuesday,
*December* 9.

*Per Curiam.*—It is complained of in this case that the Court refused to set aside a plea in abatement; but there is no bill of exceptions showing such motion or action of the Court, and hence, we have no evidence of either.

The finding in the case was affirmed by the defendant by moving in arrest of judgment, and could not, therefore, be subsequently set aside on motion, unless for special cause.

The judgment below is affirmed with costs.

*W. March*, for the plaintiff.

*J. S. Buckles*, for the defendant.